# EXHIBIT B

12:27:52 PM Jeff March: have u ate?
12:28:16 PM Doug March: not yet
12:28:26 PM Jeff March: wanna go grab something
12:28:27 PM Jeff March: /
12:28:28 PM Jeff March: ?
12:29:34 PM Doug March: where you thinking
12:29:34 PM Doug March: ?
12:29:37 PM Jeff March: anywhere
12:29:40 PM Jeff March: somewhere by u
12:30:37 PM Jeff March: im starved
12:31:30 PM Doug March: k
12:31:41 PM Jeff March: want me to head over?
12:31:44 PM Doug March: sure
1:54:42 PM Jeff March: lets see these images
1:55:46 PM Doug March: http://cl.ly/f69b12bf8c36f9052a69
1:55:52 PM Doug March: keep in mind it isn't close to done
1:55:58 PM Doug March: but this would be at a project level
1:56:09 PM Doug March: and each batch that was run on that project
1:56:40 PM Doug March: batch running, that has encountered an error
1:56:41 PM Doug March: http://cl.ly/1b6722de1761a340c859
1:57:56 PM Doug March: what the search will sort of look like
1:57:57 PM Doug March: http://cl.ly/72dcd003bc4d02e5d876
1:59:11 PM Doug March: document viewer will be very very similiar to this
1:59:12 PM Doug March: http://documents.nytimes.com/from-the-briefcase-of-aribert-heim#p=1
1:59:23 PM Doug March: but searchable
2:01:39 PM Jeff March: Stuff looks awesome
2:03:17 PM Doug March: getting there
2:03:30 PM Doug March: beats the crap out of anything I have seen out there
2:03:39 PM Doug March: all the other companies did was copy outlook
2:24:54 PM Jeff March: nice