IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOGIK SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOUGLAS MARCH,<br><br>　　　　Defendant. | Case No. 1:10-cv-01175 (HHK) |

## CONSENT PRELIMINARY INJUNCTION

This Consent Preliminary Injunction is entered into between Plaintiff Logik Systems, Inc. ("Logik") and Defendant Douglas March ("Mr. March") as follows:

WHEREAS Logik employed Mr. March until July 2, 2010;

WHEREAS, on or around July 13, 2010, Logik filed this action against Mr. March for the purposes of enforcing the terms of his Non-Competition, Non-Solicitation, and Confidentiality Agreement dated October 1, 2009 that he entered into with Logik, stopping Mr. March's misappropriation of Logik's confidentiality, proprietary, and trade secret information in violation of the D.C. Uniform Trade Secrets Act, and stopping Mr. March's conversion of Logik's confidentiality, proprietary, and trade secret information; and

WHEREAS, it appears to this Court that entry of this Consent Preliminary Injunction against Mr. March is appropriate and for good cause.

IT IS THEREFORE ORDERED THAT:

1. Until the trial on Logik's request for permanent injunctive relief, or further Order of this Court, Mr. March is restrained and enjoined as follows: Mr. March, all other persons or entities within his control or supervision, and all other persons or entities acting in concert with him or on his behalf or participating with him, shall not use or disclose, directly or indirectly, any proprietary, confidential, or trade secret information of Logik's.

2. The Court finds that no bond need be filed with the Court by Logik in relation to this Consent Preliminary Injunction.

3. Logik and Mr. March expressly waive any right to a hearing in connection with the Court's entry of this Consent Preliminary Injunction.

4. This Consent Preliminary Injunction applies to Mr. March, any other persons or entities within his control or supervision, and any other persons or entities acting in concert with him or on his behalf or participating with him.

5. Violation of any of the terms of this Consent Preliminary Injunction shall be punishable through the Court's contempt and other inherent powers.

_____  
Date

_____  
Henry H. Kennedy, Jr.  
U.S. District Judge

- 3 -

SEEN AND AGREED:

/s/ Katherine A. Goetzl
Paul J. Kennedy  (D.C. Bar No. 428623)
pkennedy@littler.com
Katherine A. Goetzl  (D.C. Bar No. 457660)
kgoetzl@littler.com
LITTLER MENDELSON, P.C.
1150 17th Street N.W., Suite 900
Washington, DC  20036
202.842.3400 Telephone
202.842.0011 Facsimile

Counsel for Plaintiff
Logik Systems, Inc.


/s/ Robert F. Condon
Robert F. Condon  (D.C. Bar No. 108290)
rfcondon@artabane-belden.com
Artabane & Belden, P.C.
818 18th Street, NW, Suite 410
Washington, DC  20006
202.861.0070  Telephone
202.861.2939  Facsimile

Counsel for Defendant
Douglas March

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 19, 2010, a copy of the foregoing Consent Preliminary Injunction was served by facsimile and first-class mail, postage prepaid, upon the following:

>Robert F. Condon
>Artabane & Belden, P.C.
>818 18th Street, NW, Suite 410
>Washington, DC  20006
>
>Counsel for Defendant
>Douglas March
>
>          /s/ Katherine A. Goetzl
>          Katherine A. Goetzl

Firmwide:96417303.1 060674.1000