**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOGIK SYSTEMS, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**DOUGLAS MARCH,**<br><br>　　　　　**Defendant.** | **Case No. 1:10-CV-01175 (HHK)** |

### DEFENDANT'S ANSWER TO COMPLAINT

Defendant, Douglas March, by undersigned counsel, answering the Complaint of the Plaintiff, states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Answering the individual paragraphs of the Complaint, Defendant:

1. is not required to answer paragraph 1 of the Complaint, as it merely describes the causes of action.

2. Admits the allegations of paragraph 2.

3. Admits the allegations of paragraph 3.

4. Admits the allegations of paragraph 4.

5. Admits the jurisdiction of this Court in response to paragraph 5.

6. Admits that venue is proper in this Court in response to paragraph 6.

- 2 -

7. Neither admits nor denies the allegations of paragraph 7 and demands strict proof thereof.

8. Neither admits nor denies the allegations of paragraph 8 and demands strict proof thereof.

9. Neither admits nor denies the allegations of paragraph 9 and demands strict proof thereof.

10. Neither admits nor denies the allegations of paragraph 10 and demands strict proof thereof.

11. Admits in response to the allegations of paragraph 11 to the proprietary nature of the applications set forth in 9 and 10, above.

12. Admits the allegations of paragraph 12.

13. Neither admits nor denies the allegations of paragraph 13 and demands strict proof thereof.

14. Admits the allegations of paragraph 14.

15. Admits the allegations of paragraph 15, insofar as the requirement of signing a non-competition and non-solicitation agreement is concerned.

16. Admits the allegations of paragraph 16.

17. Admits the allegations of paragraph 17.

18. Admits the allegations of paragraph 18.

19. Admits the allegations of paragraph 19.

20. Admits the allegations of paragraph 20.

21. Admits the allegations of paragraph 21.

22. Admits the allegations of paragraph 22.

23. Admits in response to the allegations of paragraph 23 that the language set forth is contained in the agreement.

24. Admits the allegations of paragraph 24, except to deny that he was advised that his work was unsatisfactory.

25. Denies the allegations of paragraph 25 insofar as it alleges that Logik officials specified what data could be downloaded by Defendant.

26. Admits the allegations of paragraph 26.

27. Admits the allegations of paragraph 27.

28. Admits the allegations of paragraph 28

29. Neither admits nor denies the allegations of paragraph 29 and demands strict proof thereof.

30. Neither admits nor denies the allegations of paragraph 30 and demands strict proof thereof.

31. Denies the allegations of paragraph 31.

32. Admits the allegations of paragraph32, awaiting instruction from Plaintiff as to how to dispose of the stated material.

33. Neither admits nor denies the allegations of paragraph 33 and demands strict proof thereof.

34. `Denies the allegations of paragraph 34, except to admit that he entered the office on the date in question for the sole purpose of returning his key card.

35. Denies the allegations of paragraph 35.

36. Denies the allegations of paragraph 36.

37. Restates all answers previously given to paragraphs 1 through 36 herein.

38. Denies the allegations of paragraph 38.

39. Denies the allegations of paragraph 39.

40. Denies the allegations of paragraph 40.

41. Denies the allegations of paragraph 41.

42. Denies the allegations of paragraph 42..

43. Restates all answers previously given to paragraphs 1 through 42 herein.

44. Admits the allegations of paragraph 44.

45. Neither admits nor denies the allegations of paragraph 45 and demands strict proof thereof.

46. Neither admits nor denies the allegations of paragraph 46 and demands strict proof thereof.

47. Answering paragraph 47, Defendant states that the agreement signed by him speaks for itself and refers to the document for a complete statement of its terms.

48. Denies the allegations of paragraph 48.

49. Denies the allegations of paragraph 49.

50. Denies the allegations of paragraph 50.

51. Restates the answers previously given to paragraphs 1 through 50 herein.

52. Denies the allegations of paragraph 52.

53. Denies the allegations of paragraph 53, except to admit that he awaits instruction from Plaintiff as to the final disposition of the information in question.

54. Neither admits nor denies the allegations of paragraph 54 and demands strict proof thereof.

55. Denies the allegations of paragraph 55.

- 5 -

56. Denies the allegations of paragraph 56.

57. Denies the allegations of paragraph 57.

Wherefore, having fully answered the Complaint, Defendant request this Court to enter an Order dismissing the Complaint with such other relief as the Court deems proper.

Dated: August 17, 2010          Respectfully submitted,

/S/
Robert F. Condon #108290
Artabane & Belden, P.C.
818 18th Street, N.W., Suite 410
Washington, D.C. 20006
(202) 861-0070
Fax :(202) 861-2939
Email: rfcondon@artabane-belden.com

Counsel for Defendant Douglas March

## CERTIFICATE OF SERVICE

I hereby certify that, on August 19, 2010, a copy of the foregoing Answer to Plaintiff's Complaint was served by e-service on Katherine A. Goetzl, Esq., Littler & Mendelson, P.C., 1150 17th Street, N.W., Suite 900, Washington, D.C. 20036, Counsel for Plaintiff.

/S /
Robert F. Condon, Esq.
Attorney for Defendant