IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOGIK SYSTEMS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOUGLAS MARCH<br><br>　　　　Defendant. | Case No. 1:10CV01175 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Logik Systems, Inc. and Defendant Douglas March, by their undersigned counsel, stipulate that this action is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: March 25, 2011

Respectfully submitted,

/s/ Katherine A. Goetzl
Paul J. Kennedy (D.C. Bar No. 428623)
pkennedy@littler.com
Katherine A. Goetzl (D.C. Bar No. 457660)
kgoetzl@littler.com
LITTLER MENDELSON, P.C.
1150 17th Street N.W., Suite 900
Washington, DC 20036
202.842.3400 Telephone
202.842.0011 Facsimile

Counsel for Plaintiff
Logik Systems, Inc.

- 2 -

/s/ Robert F. Condon
Robert F. Condon  (D.C. Bar No. 108290)
rfcondon@artabane-belden.com
Artabane & Belden, P.C.
818 18th Street, NW, Suite 410
Washington, DC  20006
202.861.0070  Telephone
202.861.2939  Facsimile

Counsel for Defendant
Douglas March

SO ORDERED:

Date: _____                             _____
                                              Honorable Henry H. Kennedy, Jr.
                                              U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of March, 2011, I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system which will then send a notification to the following:

>Robert F. Condon
>Artabane & Belden, P.C.
>818 18th Street, NW, Suite 410
>Washington, DC  20006
>
>Counsel for Defendant
>Douglas March

>/s/ Katherine A. Goetzl
>Katherine A. Goetzl

Firmwide:100415720.1 060674.1003